1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

9  Jamie L. Basham, a single woman; and
   Heather Fox, a married woman filing
10  individually,

Case No.:  CV 11-00684-PHX-FJM

11          Plaintiffs,

**ORDER OF**
**DISMISSAL WITH PREJUDICE**

12  v.

13  CareerBuilder, LLC, a foreign L.L.C., et al.

14          Defendants.

15

16          The Court, having examined the parties' Stipulation of Dismissal With Prejudice,

17  and being duly advised, now ORDERS that the above titled matter is DISMISSED, IN

18  ITS ENTIRETY, WITH PREJUDICE, each party to bear her or its/his own attorneys'

19  fees and costs.

20          Dated this 23rd day of May, 2011.

21

22

23          _Frederick J. Martone_

                     Frederick J. Martone
24                   United States District Judge

25

26

27

28